**NOTE CHANGES MADE BY THE COURT**

**JS-6**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GLORIA QUINONES, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>  Defendant. | Case No.: 2:21-cv-09595 MCS (PVCx)<br><br>**[PROPOSED]** **ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S RESOLUTION OF PENDING MOTION TO TRANSFER (ECF No. 16)** |

1  Pursuant to the stipulation submitted by the Parties, and good cause appearing, IT
2  IS SO ORDERED that this case is stayed pending the decision of the Judicial Panel on
3  Multidistrict Litigation in *In re Procter & Gamble Aerosol Products Marketing & Sales*
4  *Practices Litigation*, MDL No. 3025.  All deadlines, including Defendant's obligation to
5  respond to the Complaint, are hereby vacated.  If the JPML does not centralize these
6  cases, the parties shall file a status report within 14 days of the JPML's ruling.
7  **The Court directs the Clerk to remove the case from the Court's active**
8  **caseload until further application by the parties or order of this Court.**

DATED:  December 28, 2021

_____
Hon. Mark C. Scarsi
Judge of the United States District Court

---

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S RESOLUTION OF PENDING MOTION TO TRANSFER
Case No.: 2:21-cv-09595 MCS (PVCx)